In the Matter of the Will of OSCAR W. BUMP, Deceased.

GUARANTY TRUST COMPANY OF NEW YORK, as Executor of ETHALAIDE BUMP, Deceased, and as Administrator with the Will Annexed of the Estate of ETHA L. BUMP, Deceased et al., Appellants; HIRAM D. ALLEN et al., Respondents.

(Submitted December 4, 1922; decided December 12, 1922.)

Motion to amend remittitur denied, without costs. (See 234 N. Y. 60.)